**Dated: March 14, 2019**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 18-12246 |
| Virginia Spencer ) | |
| Debtor(s). ) | |

ORDER GRANTING THE TRUSTEE'S APPLICATION FOR AUTHORITY AND APPROVAL TO EMPLOY TODD CLOUSER, A MEMBER OF REMAX REALTY SOURCE AND APPROVAL OF LISTING AGREEMENT FOR SALE OF REAL PROPERTY

Now the above-captioned matter comes on before this Court upon the Application of the Chapter 7 Trustee herein, Michael Tabor and pursuant to 11 U.S.C. §327, requested authority to employ the professional services of Todd Clouser, a member of ReMax Realty Source, in this matter for the listing and sale of real estate known as 627 KELLER ST BOLIVAR, TN 38008, and to approve the Listing Agreement for this property. The Trustee filed the Application on 10/16/2018 (Doc# 24), together with a Notice (Doc# 25), which provided for an objection deadline of February 19, 2019. The Trustee served the Motion and the Notice on the Office of the United States Trustee, Debtor's counsel,

Debtor and all parties of interest in this matter. To date, no objections or responses have been filed with the Court as to the Trustee's Application, nor have any objections or responses been served upon the Trustee or his counsel

The Court, having jurisdiction herein, finds as follows:

1. The Applicant is the duly qualified and acting Chapter 7 Trustee of the bankruptcy estate of Virginia Spencer

2. Todd Clouser, a member of ReMax Realty Source, has the expertise and knowledge to assist the Chapter 7 Trustee with the marketing and sale of real property located at 627 KELLER ST BOLIVAR, TN 38008, and which is legally described as follows:

   **Parcel Number**: 035070I G 00400

   **Census Tract**: 470699503.001071

   **Carrier Route**: C001

   **Abbreviated Description**: DIST:01 JACKSON KELLER H 3PT2 MAP REF:070I

   hereinafter referred to as the "Real Property".

3. The Debtors have not declared the Real Property as exempt.

4. The Chapter 7 Trustee desires to employ Todd Clouser, a member of ReMax Realty Source (jointly referred to hereafter as "Local Listing Broker"), to provide professional services on behalf of this bankruptcy estate for the marketing and sale of the Real Property identified hereinabove, in which the above-named Debtor holds an interest. The Local Listing Broker is requesting a commission of two percent (2%) of the gross sale proceeds. All fees and expenses will be presented to the Court for approval prior to payment. The buyer's agent, if one is involved in the sale, will be paid 2% of the gross sale proceeds.

5. A duly executed and verified statement of disinterestedness was attached to the Application as Exhibit "A" setting out that the employees and members of ReMax Realty Source are disinterested persons, as the term is used in the Bankruptcy Code, do not hold an interest adverse to the bankruptcy estate, is not aware of any connection with the Debtor, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee or any person employed in the Office of the United States Trustee and understand there is a continuing duty to disclose any such adverse interest.

6. Notice of the request and approval of the employment of this professional was provided and served upon all parties of interest in this matter.

7. Also attached to the Trustee's Application as Exhibit "B" was a copy of the Listing Agreement and the Chapter 7 Trustee requested that the Court approve this Agreement, which the Chapter 7 Trustee has executed on behalf of this bankruptcy estate.

8. BK Global Real Estate Services ("BK Global") has been retained by the Chapter 7 Trustee and BK Global has agreed to fully cooperate with Local Listing Broker.

9. Mr. Cooper claims a mortgage interest in the Real Property and has consented to the sale of the Real Property subject to their security interest.

The Court, having reviewed the file herein and being fully advised, finds that good cause exists to grant the Trustee's Application and for the entry of this Order.

IT IS, THEREFORE, BY THE COURT ORDERED that the Notice as to the Application to Employ Todd Clouser, a member of ReMax Realty Source, as served by the trustee upon all parties of interest in this matter was due, proper and sufficient, and no further or additional notice is necessary or required.

IT IS BY THE COURT FURTHER ORDERED that the Chapter 7 Trustee's Application is hereby GRANTED and the Chapter 7 Trustee is hereby AUTHORIZED to employ the professional services of Todd Clouser, a member of ReMax Realty Source, in this bankruptcy estate, for the listing and sale of the Real Property.

IT IS BY THE COURT FURTHER ORDERED that the Listing Agreement with Todd Clouser, a member of ReMax Realty Source, for the sale of the subject Real Property is hereby APPROVED.

IT IS SO ORDERED.

APPROVED FOR ENTRY:

/s/ Michael T. Tabor

MICHAEL T. TABOR, #4736

ATTORNEY FOR DEBTOR

P.O. BOX 2877

JACKSON, TN  38302-2877

(731)424-3074


Service List:

Debtor

Attorney for Debtor

Chapter 7 Trustee

U.S. Trustee

All Entities on Matrix

United States Bankruptcy Court
Western District of Tennessee

In re:                                                              Case No. 18-12246-jlc
Virginia I. Spencer                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-1          User: valeta              Page 1 of 2          Date Rcvd: Mar 14, 2019
                              Form ID: pdford02         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.
```
db          +Virginia I. Spencer,    627 Keller St.,    Bolivar, TN 38008-1952
cr          +Heights Finance,    111 Whitley Ave.,    Henderson, TN 38340-2221
cr          +Nissan Motor Acceptance Corporation,    c/o Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Road,
              Roseville, MN 55113-1100
32982998    +Alder,    Attn. Bankruptcy,    450 North 1500 West,    Orem, UT 84057-2829
33045143    +BKGlobal,    1095 Broken Sound Pkwy.,    Boca Raton, FL 33487-3501
33013523    +Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
33014066    +Conn Appliances, Inc. d/b/a Conns,    HomePlus as servicer-in-fact and,
              attorney-in-fact for Conn Credit I, LP,    c/o Becket & Lee LLP,    PO Box 3002,
              Malvern, PA 19355-0702
32983000    +Conn's Home Plus,    Attn: Bankruptcy Dept.,    3525 Riverdale Rd,    Memphis, TN 38115-4406
32983001    +First Heritage Credit,    221 S. Main St., Ste 1,    Bolivar, TN 38008-2748
32983002    +Heights Finance,    Attn:Collections,    111 Whitley Ave,    Henderson, TN 38340-2221
32983003    +Mr. Cooper,    Attn: Bankruptcy Dept,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
32993823    +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Michael N. Wennerlund,    ALBERTELLI LAW,
              401 Commerce Street,    Suite 150,    Nashville, TN 37219-2504
33009906     Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
32983004    +Nissan Motor Acceptance Corporation,    Attn: Bankruptcy Dept,    P.O. Box 660360,
              Dallas, TX 75266-0360
32983005     OneMain Financial,    Attn: Bankruptcy Dept,    1049 Union University De.,
              Jackson, TN 38305-3655
32983006    +Superior Plumbing,    206 S. Water St.,    Bolivar, TN 38008-2723
32983013     West Tennessee Medical Group,    Attn: Bankruptcy Dept,    417 Bridge St.,
              Danville, VA 24541-1403
32983014    +West Tennessee Medical Group,    620 Skyline Dr,    Jackson, TN 38301-3923
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
32982999      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 15 2019 01:40:01
              Comenity Bank/Overstock.com,    Attn: Bankruptcy Dept,    PO Box 183043,
              Columbus, OH 43218-3043
32984028    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2019 01:49:13
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
32983007      E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 01:51:23      Synchrony Bank,
              Attn: Bankruptcy Dept.,    P.O. Box 965064,    Orlando, FL 32896-5064
32984325    +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 01:50:08      Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
32983008    +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 01:49:02      Synchrony Bank-Walmart,
              Attn: Bankruptcy Dept.,    PO Box 965024,    Orlando, FL 32896-5024
32983009      E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 01:51:23      Synchrony Bank/Evine,
              PO Box 965064,    Orlando, FL 32896-5064
32983010      E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 01:49:03      Synchrony Bank/Tire Pros,
              Attn: Bankruptcy Dept.,    P.O. Box 965064,    Orlando, FL 32896-5064
32983011      E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 01:50:09      Synchrony Bank/Wal-mart,
              Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
32983012      E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2019 01:50:08      Walmart, c/o Synchrony Bank,
              Attn: Bankruptcy Dept.,    P.O. Box 965064,    Orlando, FL 32896-5060
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
r               Todd Clouser,    Remax Realty Source
cr*            +Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern, PA 19355-0702
                                                                                              TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                     Signature:  /s/Joseph Speetjens

```
District/off: 0651-1          User: valeta              Page 2 of 2             Date Rcvd: Mar 14, 2019
                              Form ID: pdford02         Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
          Louis W. Ringger    on behalf of Debtor Virginia I. Spencer bankruptcy@ringgerlaw.com,
           r61527@notify.bestcase.com
          Michael  Wennerlund   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
           mwennerlund@alaw.net,   anhsalaw@infoex.com
          Michael N. Wennerlund    bktn@albertellilaw.com
          Michael T. Tabor    lktabor@bellsouth.net,  mtabor@ecf.axosfs.com
          PRA Receivables Management, LLC    claims@recoverycorp.com
          R. Bradley Sigler   on behalf of Creditor   Heights Finance bradsigler@hrsrpc.com
          U.S. Trustee    ustpregion08.me.ecf@usdoj.gov
                                                                                            TOTAL: 7
```