**Dated: April 06, 2019**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**JACKSON DIVISION**

_____

| | |
|---|---|
| **In re: VIRGINIA I. SPENCER** | **CASE NO.: 18-12246** |
| **Debtor** | **CHAPTER 7** |

_____

**CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MOTION FOR RELIEF FROM STAY**

This matter came before the Court on March 14, 2019 upon Trustee Michael T. Tabor's (hereinafter, "Trustee") objection [Doc. 22] to Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief from Automatic Stay [Doc. 18] relating to the latter's perfected security interest in real property of the Debtor municipally known as 627 Keller Street, Bolivar, Tennessee 38008 (hereinafter, the "Property"). By agreement of the parties, the matter is being resolved as follows:

1.   The Trustee shall have one hundred and twenty (120) days from the date of entry of this order to sell the Property and realize any then-existing equity for the benefit of the bankruptcy estate.

2.   Should the Trustee fail to sell the Property within the one hundred and twenty (120)

A|LAW FILE NO. 18-027859

days provided, Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors or assigns, shall have relief from the automatic stay and abandonment of the Property from the Trustee without further order from the Court, and will be entitled to pursue all of its rights and remedies relating to the Property pursuant to state law as applicable.

**IT IS SO ORDERED.**

**THIS ORDER WAS ELECTRONICALLY SIGNED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

/s/ *Michael N. Wennerlund*
Michael N. Wennerlund (031332)
**ALBERTELLI LAW**
401 Commerce Street
Suite 150
Nashville, TN 37219
Phone: (615) 265-0835
Fax: (615) 265-0836
Email: bktn@albertellilaw.com
Alternate: mwennerlund@alaw.net

*Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper*

/s/ *Michael T. Tabor* (with permission)
Michael T. Tabor (004736)
P.O. Box 2877
Jackson, TN 38302-2877
(731) 424-3074

*Chapter 7 Trustee*

A|LAW FILE NO. 18-027859

**PARTIES TO BE SERVED**:

**VIA REGULAR MAIL:**
**Virginia I. Spencer**
627 Keller St.
Bolivar, TN 38008
*Debtor*

**VIA ECF:**
**Louis W. Ringger**
222 West Baltimore Street, Suite B
Jackson, TN 38301
*Attorney for Debtor*

**VIA ECF:**
**Michael T. Tabor**
203 S. Shannon
P.O. Box 2877
Jackson, TN 38302-2877
*Chapter 7 Trustee*

**VIA ECF:**
**U.S. Trustee**
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

                */s/ Michael N. Wennerlund*
                Michael N. Wennerlund (031332)

A|LAW FILE NO. 18-027859