UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

| | |
|---|---|
| In Re: | Case No. 18-12246 |
| VIRGINIA I. SPENCER, | Chapter 7 |
| DEBTOR. | |

AMENDED OBJECTION TO TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER SECTION 363(f) REGARDING REAL PROPERTY LOCATED AT 627 KELLER STREET, BOLIVAR, TENNESSEE 38008

COMES NOW, Select Portfolio Servicing, Inc., as Transferee of Nationstar Mortgage LLC d/b/a Mr. Cooper, ("Select Portfolio Servicing, Inc.") by and through the undersigned Counsel, and hereby files this Amended Objection to the Trustee's Motion to Sell Property Free and Clear of Liens Under Section 363(f). Select Portfolio Servicing, Inc. would state that per the terms of the Agreed Order at Docket Entry No. [38], provision numbered two (2):

> "Should the Trustee fail to sell the Property within the one hundred and twenty (120) days provided, Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors or assigns, shall have relief from the automatic stay and abandonment of the Property from the Trustee without further order from the Court, and will be entitled to pursue all of its rights and remedies relating to the Property pursuant to state law as applicable."

Select Portfolio Servicing, Inc. would state more than one hundred twenty (120) days have passed since the entry of the Order at Docket Entry No. [38].

In the event the Trustee is allowed to proceed with the sale, the Court should condition the sale upon Select Portfolio Servicing, Inc. being paid in full based upon an updated payoff statement at the time of closing.

WHEREFORE, Select Portfolio Servicing, Inc. requests an opportunity to be heard on the matter.

/s/ Bonnie Culp
Bonnie Culp, Attorney for Creditor, Bar # 14741
bculp@logs.com |704-249-0065
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Grady Ingle
gingle@logs.com | 704-831-2217
Electronic Service Notifications: tnecf@logs.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing response has been electronically served or mailed, postage prepaid on October 28th, 2019 to the following:

Louis W Ringger
222 West Baltimore Street, Suite B
Jackson, TN 38301

Virginia I. Spencer
627 Keller St.
Bolivar, TN 38008

Michael T. Tabor
203 S. Shannon
P.O. Box 2877
Jackson, TN 38302-2877

/s/ Bonnie Culp
Bonnie Culp, Attorney for Creditor, Bar # 14741
bculp@logs.com |704-249-0065
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Grady Ingle
gingle@logs.com | 704-831-2217
Electronic Service Notifications: tnecf@logs.com